UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Janice Barton d/b/a Sterling Worldwide

                              *Plaintiff*

v.                                                          STIPULATION OF DISCONTINUANCE

Concept Laboratories, Inc.                  Case No.: 1:08-cv-00591-JTC

                              *Defendant.*

---

IT IS HEREBY STIPULATED by and between the undersigned parties and attorneys for the respective parties in the above entitled action that the said action be, and the same hereby is discontinued with prejudice, the same having been fully and finally settled and compromised.

Date: 5-12-10

                              Janice Barton d/b/a Sterling Worldwide

Date: 5-12-10

                              Diane Ciurczak, Esq.
                              Attorney for the Plaintiff

Date: 5/17/10

                              Joel Heifitz, as CEO and on behalf of
                              Concept Laboratories, Inc.

Date: 5/13/10

                              Hiscock & Barclay,
                              Jessica Baker, Esq. of Counsel
                              Attorney for the Defendant

1