

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Janice Barton d/b/a Sterling Worldwide

                      Plaintiff

v.

Concept Laboratories, Inc.

                      Defendant.

---

STIPULATION OF DISCONTINUANCE

Case No.: 1:08-cv-00591-JTC

IT IS HEREBY STIPULATED by and between the undersigned parties and attorneys for the respective parties in the above entitled action that the said action be, and the same hereby is discontinued with prejudice, the same having been fully and finally settled and compromised.

Date: 5-12-10

_____
Janice Barton d/b/a Sterling Worldwide

Date: 5-12-10

_____
Diane Ciurczak, Esq.
Attorney for the Plaintiff

Date: 5/17/10

_____
Joel Heifitz, as CEO and on behalf of
Concept Laboratories, Inc.

Date: 5/13/10

_____
Hiscock & Barclay,
Jessica Baker, Esq. of Counsel
Attorney for the Defendant

So ordered.

_____
JOHN T. CURTIN
United States District Judge

Dated: May 18, 2010